1

2

3

4

5

In the District Court of Massachusetts
in the county of Suffolk

6

7

| | | |
|---|---|---|
| Huong Luu | ) | Case No.: 13-13108-GAO |
| | ) | ANSWER, AFFIRMATIVE DEFENSES |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Andrew  Metcalf | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

8

9

10

11

12

13

14

15

16                     I. ANSWER

17  Defendant(s) answer the complaint as follows:

18  1.    Admit the statements contained in paragraph numbers 1,
          2, 3, 13, 18, 22,
19
    2.    Deny the statements contained in paragraph numbers 4,
20        5, 6, 7, 8, 10, 11, 12, 14, 15, 16, 17, 21, 24, 26, 28, 29,
          31, 32, 33, 35, 36, 37, 38, 40, 41, 42, 43, 45, 47, 49,
21
    3.    Lack knowledge about the truth and therefore deny the
22        statements contained in paragraphs numbers 9, 19, 20, 23,
          25, 27, 30, 34, 39, 44, 46, 48,

23

24

25

26

27

28
                  [Affirmative Defense] - 1

SummonsResponse.com

1              II. AFFIRMATIVE DEFENSES

2  Defendant(s) other defenses are:
   Failure of Consideration

3

4

5

6

7

8                          Dated this April 18, 2014

9

10  _____

11  Andrew  Metcalf
    7 May Ave

12  Avon, MA, 02322
    (508) 857-4401

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                   [Affirmative Defense] - 2

SummonsResponse.com